AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007



Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Caputo, A. Richard | U.S. Dist. Ct. M.D. of PA | 05/01/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2007<br>to<br>12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 197 South Main Street<br>Wilkes-Barre, PA 18701 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | ████ Trust |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

RECEIVED
2008 MAY -8 A 9: 48
FINANCIAL
DISCLOSURE OFFICE

SEE ACCOUNTANTS' COMPILATION REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/01/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

SEE ACCOUNTANTS' COMPILATION REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/01/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

SEE ACCOUNTANTS' COMPILATION REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▬▬ Trust | D | Int./Div. | N | T | | | | | |
| 2. - Amgen Inc. - Common Stk | | | | | Sold | 7/26 | J | | |
| 3. - AVIS Budget Group, Inc. (formerly Cendant Corp.) | | | | | Sold | 7/26 | J | | |
| 4. - Bard C.R. Incorporated - Common Stk | | | | | | | | | |
| 5. - Carnival Corp Paired CTF common stock | | | | | | | | | |
| 6. - Chevron Corp. - Common Stk | | | | | | | | | |
| 7. - CISCO Systems Inc. - Common Stk | | | | | Sold | 7/26 | K | D | |
| 8. - Citigroup Inc. - Common Stk | | | | | Sold | 7/26 | J | A | |
| 9. - ConocoPhillips - Common Stk | | | | | | | | | |
| 10. - Dow Chemical Co. - Common Stk | | | | | | | | | |
| 11. - First Charter Bank 5.05% Cert of Deposit due 2/4/08 | | | | | Buy | 7/27 | L | | |
| 12. - Fortune Brands Inc. - Common Stk | | | | | Sold | 7/26 | J | | |
| 13. - General Electric Company - Common Stk | | | | | | | | | |
| 14. - Goldman Sachs Group Inc. - Common Stk | | | | | Sold | 3/7 | K | D | |
| 15. - Johnson & Johnson - Common Stk | | | | | | | | | |
| 16. -Joy Global, Inc. Common stock | | | | | Buy | 3/23 | J | | |
| 17. -Joy Global, Inc.- Common stock | | | | | Sold | 7/26 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

SEE ACCOUNTANTS' COMPILATION REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Mercantile Bank 5.1% Cert of Deposit due 8/8/08 | | | | | Buy | 7/27 | L | | |
| 19. - Microsoft Corp. - Common Stk | | | | | | | | | |
| 20. - Panera Bread Company - Common Stk | | | | | Sold | 7/26 | J | | |
| 21. - Plantronics Inc. - Common Stk | | | | | Sold | 7/26 | J | | |
| 22. - Realogy Corp. - Common Stk | | | | | Sold | 4/10 | J | | |
| 23. - Sovereign Bank - Insured Cash Account | | | | | | | | | |
| 24. - Veolia Environment Spon ADR - Common Stk | | | | | Cash in lieu | 7/6 | J | A | |
| 25. - Watts Water Technology - Common Stk | | | | | Sold | 7/26 | J | | |
| 26. - Wyndham Worldwide Corp. -Common Stock | | | | | Sold | 7/26 | J | | |
| 27. - Yahoo Inc. - Common Stk | | | | | Sold | 7/26 | J | | |
| 28. IRA #1 | C | Int./Div. | M | T | | | | | |
| 29. - America Movil SAB DE CV Spons ADR Series L Common Stock | | | | | Buy | 2/21 | J | | |
| 30. - American Movil SAB DE CV Spons ADR Series L Common Stock | | | | | Sold | 7/25 | J | C | |
| 31. - Apollo Group Inc. Cl A - Common Stk | | | | | Sold | 7/25 | J | C | |
| 32. - Automatic Data Processing, Inc. Common Stk | | | | | Buy | 2/21 | J | | |
| 33. - Automatic Data Processing,Inc.- Common Stock | | | | | Sold | 7/25 | J | | |
| 34. - AVIS Budget Group, Inc. (formerly Cendant Corp.) | | | | | Sold | 7/25 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

SEE ACCOUNTANTS' COMPILATION REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Broadridge Financial Solutions, Inc. Common Stock | | | | | Buy | 2/21 | J | | |
| 36. - Broadridge Financial Solutions, Inc. Common Stock | | | | | Sold | 7/25 | J | | |
| 37. - Carlisle Companies Inc. - Common Stk | | | | | Sold | 7/25 | J | D | |
| 38. - Chevron Corp. - Common Stk | | | | | Partial sale | 7/25 | J | B | |
| 39. - Chevron Corp. - Common Stk | | | | | | | | | |
| 40. - Citigroup Inc. - Common Stk | | | | | Sold | 7/25 | J | A | |
| 41. - Citizens State Bank - CTF Dep. 5.05% due 1/30/08 | | | | | Buy | 7/25 | L | | |
| 42. - Cooper COS Inc. NEW - Common Stk | | | | | Sold | 2/21 | J | | |
| 43. - Discover Bank - Insured cash account | | | | | Opened | | | | |
| 44. - Dupont E.I. De Nemour & Company - Common Stk | | | | | Sold | 7/25 | J | A | |
| 45. - Ishares Tr NASDAQ Biotech Index Fund | | | | | Sold | 7/25 | J | | |
| 46. - JDS Uniphase Corp. - Common Stk | | | | | Sold | 7/25 | J | | |
| 47. - La Salle Bank Midwest - CTF Dep - 5.15% due 8/1/08 | | | | | Buy | 7/25 | L | | |
| 48. - Leucadia National Corp. - Common Stk | | | | | | | | | |
| 49. - Microsoft Corp. - Common Stk | | | | | Sold | 7/25 | J | A | |
| 50. - Pfizer Incorporated - Common Stk | | | | | Sold | 7/25 | J | | |
| 51. - Plantronics Inc. - Common Stk | | | | | Sold | 2/21 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

SEE ACCOUNTANTS' COMPILATION REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - Precision Castparts Corp. - Common Stk | | | | | Sold | 7/25 | K | E | |
| 53. - Realogy Corp. (spinoff from Cendant Corp.) - Common Stk | | | | | Sold | 4/10 | J | | |
| 54. - Sirius Satellite Radio Ind - Common Stk | | | | | Sold | 7/25 | J | | |
| 55. - Sovereign Bank - Insured Cash Account | | | | | | | | | |
| 56. - Stryker Corp. - Common Stk | | | | | Buy | 2/21 | J | | |
| 57. - Stryker Corp. - Common Stk | | | | | Sold | 7/25 | J | A | |
| 58. - Veolia Environment Spon ADR - Common Stk | | | | | Sold | 7/25 | J | B | |
| 59. - Whole Foods Market Inc. - Common Stk | | | | | | | | | |
| 60. - Wyndham Worldwide Corp. Common Stk | | | | | Sold | 7/25 | J | | |
| 61. CIT Bank, Certificate of Deposit | B | Interest | K | T | Buy | 2/21 | K | | |
| 62. Countrywide Bank - FBS - Insured cash account | A | Interest | J | T | ●pened | | | | |
| 63. Eastern Penn PA S.D. Bond | B | Interest | L | T | | | | | |
| 64. Great Valley S.D. PA Bond | A | Interest | | | Redemption | 2/15 | K | | |
| 65. PA State B/E Turnpike Comm. Bond | A | Interest | K | T | | | | | |
| 66. GMAC Automotive Bank Certificate of Deposit | C | Interest | L | T | | | | | |
| 67. Sovereign Bank - Insured Cash Account (Y) | | | | | | | | | |
| 68. Luzerne Bank Accounts | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Wachovia Bank Account | A | Interest | L | T | | | | | |
| 70. IRA #2 | A | Dividend | J | T | | | | | |
| 71. - Whole Foods Market Inc. - Common Stk | | | | | | | | | |
| 72. Wachovia Corp. - Common Stk | C | Dividend | | | Sale | 3/15 | N | G | |
| 73. Direct TV Group Inc. - Common Stk | | None | J | T | | | | | |
| 74. NEWS Corp. Cl A - Common Stk | A | Dividend | J | T | | | | | |
| 75. Sovereign Bank - Insured Cash Account | B | Interest | K | T | | | | | |
| 76. Advanta Bank Corp., Draper UT Certificate of Deposit | C | Interest | L | T | Buy | 4/26 | M | | |
| 77. Capital One FSB McLean VA Certificate of Deposit | C | Interest | | | Redemption | 11/21 | L | | |
| 78. Discover Bank Greenwood, DE Certificate of Deposit | C | Interest | M | T | Buy | 4/11 | M | | |
| 79. First Guaranty Bank & Tr. Jacksonville, FL Cert. of Deposit | B | Interest | L | T | Buy | 4/11 | L | | |
| 80. Franklin Bank SSB, Houston TX, Certificate of Deposit | | None | K | T | Buy | 4/10 | L | | |
| 81. Georgian Bank Atlanta GA Certificate of Deposit | C | Interest | L | T | | | | | |
| 82. GMAC Automotive Bank Midvale, UT Certificate of Deposit | C | Interest | K | T | | | | | |
| 83. Irwin Union Bank & Trust Certificate of Deposit | B | Interest | | | Redemption | 4/26 | L | | |
| 84. Lehigh County PA IDA Municipal Bond | B | Interest | K | T | | | | | |
| 85. Lehman Bros. Bank FSB Wilmington, DE - Cert of Deposit | | None | L | T | Buy | 8/22 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

SEE ACCOUNTANTS' COMPILATION REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/01/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Line Mountain PA Municipal Bond | B | Interest | K | T | | | | | |
| 87. Mutual Bank, Harvey, IL - Certificate of Deposit | B | Interest | L | T | Buy | 4/11 | L | | |
| 88. Northampton PA ASD DB Bond | B | Interest | | | Redemption | 8/15 | L | | |
| 89. Northstar Bank, Bad Axe, MI - Certificate of Deposit | A | Interest | K | T | Buy | 11/20 | K | | |
| 90. Westmont Hilltop PA Municipal Bond | C | Interest | L | T | | | | | |
| 91. ███ vacant land - Orange County, Florida | | None | M | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

SEE ACCOUNTANTS' COMPILATION REPORT

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII - Line 1 - ▆▆▆ Trust - Information reported, as in prior years, represents 100% of the trust assets. However, the reporting person ▆▆▆ is one of three beneficiaries who share equally in the trust.

Part VII - Line 43 - Discover Bank - Insured cash account - Bank account was opened during 2007; as per instructions, transaction involving less than $1,000, columns D(2) through D(5) were left blank.

Part VII - Line 62 - Countrywide Bank FBS - Insured cash account - Bank account was opened during 2007; as per instructions, transaction involving less than $1,000, columns D(2) through D(5) were left blank.

Part VII - Line 67 - Sovereign Bank Insured Cash account- (Y) in column A1 indicated that asset value fell under reporting requirements.

Part VII - Line 97 - ●range County, Florida property - Information reported, as in prior years, represents 100% of the value. However, the reporting person's ▆▆▆ is one of three individuals who own the property in equal shares.

SEE ACCOUNTANTS' COMPILATION REPORT

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

SEE ACCOUNTANTS' COMPILATION REPORT